# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

McELROY DEUTSCH MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Email: Jpomeroy@mdmc-law.com
CVS Pharmacy, Inc. and New Jersey CVS Pharmacy, LLC (improperly pleaded as "New Jersey CVS Pharmacy LLC t/a CVS Pharmacy")

| | |
|---|---|
| GEORGIA OTERO and JORGE OTERO,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS PHARMACY, INC, NEW JERSEY CVS PHARMACY LLC t/a CVS PHARMACY, "JOHN DOE 1-10"; ABC COMPANY 1-10 and "XYZ CORPORATION 1-10" (fictitious names intended to represent unknown individuals or corporations, partnerships and/or limited liability companies or other types of legal entities responsible for the ownership, management, construction, maintenance, repair and/or control of the subject premises) and SEDGWICK CLAIMS MANAGEMENT, INC.<br><br>Defendants. | Civil Action No. 2:19-cv-15798 (SDW) (LDW) |

## CIVIL ACTION - STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Georgia Otero and Jorge Otero, and Defendants, CVS Pharmacy, Inc. and New Jersey CVS Pharmacy, LLC (improperly pleaded as "New Jersey CVS Pharmacy LLC t/a CVS Pharmacy"), through their respective undersigned attorneys and/or representatives that this action is hereby dismissed

3761863_1

in its entirety with prejudice and without costs and/or attorneys' fees to any and all parties as against the other party.

| | |
|---|---|
| **GEORGIA OTERO & JORGE OTERO**<br>Pro se Plaintiffs, | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>Attorneys for Defendants, |
| By: *[signature]*<br>Georgia Otero | By: *[signature]*<br>Jill J. Pomeroy, Esq. |
| By: *[signature]*<br>Jorge Otero | |

**SO ORDERED:**

_____
Hon. Leda Dunn Wettre, U.S.M.J.